# UNITED STATES DISTRICT COURT
# FOR WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

KATHERINE GOLSON, INDIVIDUALLY AND
ON BEHALF OF OTHERS SIMILARLY SITUATED,

    Plaintiff,

**V.**          Case No. 4:20-cv-00632-RK

GENERAL MOTORS LLC,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    After careful consideration, the Court concludes transferring this case to the Southern District of Florida is warranted. Therefore, Defendant's motion to transfer venue to the Southern District of Florida is GRANTED.

**IT IS SO ORDERED.**

Dated: October 22, 2020          /s/ Paige Wymore-Wynn
                                      Clerk of the Court

Entered: October 23, 2020         /s/ LaTandra Wheeler
                                      Deputy Clerk